

# NUMBER 13-15-00393-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANTHONY FREEMAN,                                                    **Appellant,**

**v.**

**LOUIS GARCIA, ET AL.,**                                          **Appellees.**

## On Appeal from the 36th District Court
## of Bee County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Anthony Freeman, attempted to perfect an appeal from a judgment entered by the 36th District Court of Bee County, Texas, in cause number B-15-1014-CV-C. Judgment in this cause was signed on May 26, 2015. Appellant filed a notice of appeal on August 28, 2015.

Texas Rule of Appellate Procedure 26.1 provides that an appeal is perfected when notice of appeal is filed within thirty days after the judgment is signed, unless a motion for new trial is timely filed. TEX. R. APP. P. 26.1(a)(1). Where a timely motion for new trial or motion to reinstate has been filed, notice of appeal shall be filed within ninety days after the judgment is signed. TEX. R. APP. P. 26.1(a).

Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on June 25, 2015, but was not filed until August 28, 2015. On August 31, 2015, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed.

Appellant responded by filing a docketing statement indicating the judgment being appealed was signed on July 1, 2015, and his notice of appeal was mailed on July 22, 2015. The clerk of the trial court advises us that a final judgment was entered in this cause on May 26, 2015, and there was no judgment entered on July 1, 2015.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Delivered and filed the
24th day of September, 2015.

2